# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

DRAYTON BONNEY,

Appellant,

V.

DESIREE GANOE,

Appellee.

NO. 2D23-433

———————————————

November 8, 2023

Appeal from the Circuit Court for Pinellas County; James V. Pierce, Judge.

Drayton Bonney, pro se.

No appearance by Appellee.

PER CURIAM.

   Affirmed.

SLEET, C.J., and NORTHCUTT and ATKINSON, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.